## Etheridge v. The State.

APPEAL from Pike Circuit Court.
Tried before the Hon. JOHN P. HUBBARD.

D. A. BAKER, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for arson in the second degree, and sentenced to the penitentiary for two years.
The judgment of conviction is affirmed.

Opinion by DOWDELL, J.

---

## Tyre &. The State.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, Henry Tyre, was indicted, tried and convicted for an assault with intent to murder, and sentenced to the penitentiary for three years.
The judgment is affirmed.

Opinion PER CURIAM.